# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: Marcus A. Dortch )
)
) **Bankruptcy No.** 09 B 35712
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO: See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __August 25, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David P. Leibowitz is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: 6/14/11

In re: Marcus A. Dortch
Bankruptcy No. 09 B 35712

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 1 4 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

| | |
|---|---|
| Michael Bane | David P. Leibowitz, Esq. |
| Law Offices of Ernesto D. Borges | Leibowitz Law Center |
| 105 W. Madison Ave., Suite 2300 | 420 Clayton Street |
| Chicago, IL 60602 | Waukegan, IL 60085 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Marcus A. Dortch
11915 S. Lawndale
2A
Alsip, IL 60803