**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-35712-JBS |
| | § | |
| MARCUS A. DORTCH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/29/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/25/2011         By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-35712-JBS |
| | § | |
| MARCUS A. DORTCH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,000.42
*and approved disbursements of*     $0.62
*leaving a balance on hand of*[1] *:*     $1,999.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | CITIFINANCIAL AUTO CORPORATION | $24,583.21 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,999.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $500.11 | $0.00 | $500.11 |
| David P. Leibowitz, Trustee Expenses | $11.94 | $0.00 | $11.94 |

Total to be paid for chapter 7 administrative expenses:     $512.05
Remaining balance:     $1,487.75

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,487.75 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,487.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,161.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Roundup Funding, LLC/ Sam's Club | $4,220.19 | $0.00 | $1,216.35 |
| 3 | PRA Receivables Management, LLC/ Shell | $941.64 | $0.00 | $271.40 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,487.75 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $12,587.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST-Form 101-7-NFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | eCAST Settlement Corporation, assignee | $5,939.47 | $0.00 | $0.00 |
| 5 | eCAST Settlement Corporation, assignee of Capital One Bank | $5,767.51 | $0.00 | $0.00 |
| 6 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada | $880.42 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Marcus A. Dortch  
    Debtor

Case No. 09-35712-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dwilliams     Page 1 of 2     Date Rcvd: Aug 26, 2011  
                  Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2011.

```
db           +Marcus A. Dortch,    11915 S. Lawndale,     2A,    Alsip, IL 60803-3737
aty           Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty          +John Eggum,    LakeLaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
aty          +Jonathan T Brand,    Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
aty          +Michael Bane,    Law Offices of Ernesto D. Borges,    105 W. Madison Ave.,    Suite 2300,
               Chicago, IL 60602-4647
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14498968    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
14734492     +CITIFINANCIAL AUTO CORPORATION,    PO BOX 9578,    Coppell, TX 75019-9513
14498969     +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
14498970     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
14498971     +First Usa,na,    Attention: Correspondence/Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14498973    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court:   Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
14498972     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14498974     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14498975     +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14498976     +Michelle Blackburn,    1050 W. 107th,    Chicago, IL 60643-3718
14498977     +Michelle Blackwell,    1050 W. 107th,    Chicago, IL 60643-3718
15026936     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Shell,
               POB 41067,    NORFOLK VA 23541-1067
14498979     +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
14498980    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
17111868      eCAST Settlement Corporation, assignee,    of Capital One Bank,    POB 35480,
               Newark, NJ 07193-5480
17111867      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
               Newark, NJ 07193-5480
17111869      eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14498967     +E-mail/Text: collect@arspif.com Aug 27 2011 02:07:56      Account Recovery Servi,
               3031 N 114th St,    Milwaukee, WI 53222-4218
14701893      E-mail/PDF: BNCEmails@blinellc.com Aug 27 2011 02:32:49      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
14498978     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59      Sams Club,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 3
```

      \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, * duplicate) \*\*\*\*\*
```
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dwilliams          Page 2 of 2          Date Rcvd: Aug 26, 2011
                              Form ID: pdf006          Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                    **Signature:**    _Joseph Speetjens_