UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-35712-JBS |
|---|---|---|
| | § | |
| MARCUS A. DORTCH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $102,808.16 | Assets Exempt: | $2,874.00 |
| Total Distributions to Claimants: | $1,487.75 | Claims Discharged Without Payment: | $30,048.48 |
| Total Expenses of Administration: | $512.67 | | |

3) Total gross receipts of $2,000.42 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,000.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $116,489.12 | $24,583.21 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $512.67 | $512.67 | $512.67 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $18,823.00 | $17,749.23 | $17,749.23 | $1,487.75 |
| **Total Disbursements** | $135,312.12 | $42,845.11 | $18,261.90 | $2,000.42 |

4). This case was originally filed under chapter 7 on 09/25/2009. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/25/2012     By:  /s/ David P. Leibowitz
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 83 shares of UPS stock valued at $58.52 per shar | 1129-000 | $2,000.00 |
| Interest Earned | 1270-000 | $0.42 |
| **TOTAL GROSS RECEIPTS** | | $2,000.42 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CITIFINANCIAL AUTO CORPORATION | 4110-000 | $28,606.12 | $24,583.21 | $0.00 | $0.00 |
|  | Countrywide Home Lending | 4110-000 | $87,883.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $116,489.12 | $24,583.21 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $500.11 | $500.11 | $500.11 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $11.94 | $11.94 | $11.94 |
| Green Bank | 2600-000 | NA | $0.62 | $0.62 | $0.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $512.67 | $512.67 | $512.67 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |

**UST Form 101-7-TDR (5/1/2011)**

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC/ Sam's Club | 7100-900 | $4,134.00 | $4,220.19 | $4,220.19 | $1,216.35 |
| 3 | PRA Receivables Management, LLC/ Shell | 7100-900 | $902.00 | $941.64 | $941.64 | $271.40 |
| 4 | eCAST Settlement Corporation, assignee | 7200-000 | NA | $5,939.47 | $5,939.47 | $0.00 |
| 5 | eCAST Settlement Corporation, assignee of Capital One Bank | 7200-000 | NA | $5,767.51 | $5,767.51 | $0.00 |
| 6 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada | 7200-000 | NA | $880.42 | $880.42 | $0.00 |
| | Account Recovery Servi | 7100-000 | $123.00 | NA | NA | $0.00 |
| | Capital 1 Bank | 7100-000 | $5,613.00 | NA | NA | $0.00 |
| | First Usa,na | 7100-000 | $5,766.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $827.00 | NA | NA | $0.00 |
| | Hsbc Best Buy | 7100-000 | $478.00 | NA | NA | $0.00 |
| | I C System Inc | 7100-000 | $40.00 | NA | NA | $0.00 |
| | Illinois Collection Se | 7100-000 | $124.00 | NA | NA | $0.00 |
| | Us Bank/na Nd | 7100-000 | $816.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,823.00 | $17,749.23 | $17,749.23 | $1,487.75 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 09-35712-JBS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | DORTCH, MARCUS A. | **Date Filed (f) or Converted (c):** | 09/25/2009 (f) |
| **For the Period Ending:** | 1/25/2012 | **§341(a) Meeting Date:** | 11/04/2009 |
| | | **Claims Bar Date:** | 02/04/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 11915 S. Lawndale, Alsip, IL 60803 | $85,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | First Midwest Bank - Checking | $400.00 | $400.00 | DA | $0.00 | FA |
| 3 | First Midwest Bank - Savings | $426.00 | $426.00 | DA | $0.00 | FA |
| 4 | Furniture | $300.00 | $300.00 | DA | $0.00 | FA |
| 5 | Clothing | $350.00 | $350.00 | DA | $0.00 | FA |
| 6 | Debtor's employer pays for term life insurance - | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | 83 shares of UPS stock valued at $58.52 per shar | $4,857.16 | $1,983.16 | DA | $2,000.00 | FA |
| 8 | 2005 Chrysler 300 Debtor is surrendering interes | $11,475.00 | $0.00 | OA | $0.00 | FA |
| INT | Interest Earned            (u) | Unknown | Unknown | | $0.42 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                      **Gross Value of Remaining Assets**
                                       $102,808.16                         $3,459.16                                                     $2,000.42                    $0.00

**Major Activities affecting case closing:**
  follow up w/ debtor attorney
  Sent email to Debtor's attorney re rest of payments
  TFR completed for trustee's review.
  TFR sent to Tom for review and approval.

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2010 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 05/13/2011 | DAVID LEIBOWITZ |

Page No: 1
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

Case 09-35712    Doc 45    Filed 02/07/12    Entered 02/07/12 20:53:08    Desc Main
Document      Page 6 of 9

| **Case No.** | 09-35712-JBS | | | **Trustee Name:** | David Leibowitz | |
|---|---|---|---|---|---|---|
| **Case Name:** | DORTCH, MARCUS A. | | | **Bank Name:** | The Bank of New York Mellon | |
| **Primary Taxpayer ID #:** | ******0698 | | | **Money Market Acct #:** | ******9065 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account | |
| **For Period Beginning:** | 9/25/2009 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 1/25/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/06/2010 | (7) | Marcus A. Dortch | 7 | 1129-000 | $250.00 | | $250.00 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.01 | | $250.01 |
| 06/03/2010 | (7) | Marcus A. Dortch | 6 | 1129-000 | $250.00 | | $500.01 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.01 | | $500.02 |
| 06/29/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $500.02 | $0.00 |
| | | | **TOTALS:** | | $500.02 | $500.02 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $500.02 | |
| | | | **Subtotal** | | $500.02 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $500.02 | $0.00 | |

| **For the period of 9/25/2009 to 1/25/2012** | | **For the entire history of the account between 05/06/2010 to 1/25/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $500.02 | Total Compensable Receipts: | $500.02 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500.02 | Total Comp/Non Comp Receipts: | $500.02 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $500.02 | Total Internal/Transfer Disbursements: | $500.02 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-35712-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DORTCH, MARCUS A. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******0698 | | Checking Acct #: | ******1201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/25/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,000.42 | | $2,000.42 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.62 | $1,999.80 |
| 10/05/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $11.94 | $1,987.86 |
| 10/05/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $500.11 | $1,487.75 |
| 10/05/2011 | 5003 | Roundup Funding, LLC/ Sam's Club | Claim #: 1; Amount Claimed: 4,220.19; Amount Allowed: 4,220.19; Distribution Dividend: 28.82; | 7100-900 | | $1,216.35 | $271.40 |
| 10/05/2011 | 5004 | PRA Receivables Management, LLC/ Shell | Claim #: 3; Amount Claimed: 941.64; Amount Allowed: 941.64; Distribution Dividend: 28.82; | 7100-900 | | $271.40 | $0.00 |
| | | | TOTALS: | | $2,000.42 | $2,000.42 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,000.42 | $0.00 | |
| | | | Subtotal | | $0.00 | $2,000.42 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $2,000.42 | |

| For the period of 9/25/2009 to 1/25/2012 | | For the entire history of the account between 06/29/2011 to 1/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,000.42 | Total Internal/Transfer Receipts: | $2,000.42 |
| Total Compensable Disbursements: | $2,000.42 | Total Compensable Disbursements: | $2,000.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.42 | Total Comp/Non Comp Disbursements: | $2,000.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35712-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DORTCH, MARCUS A. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0698 | | Money Market Acct #: | ******5712 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/25/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $500.02 | | $500.02 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.02 | | $500.04 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $500.06 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.02 | | $500.08 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.02 | | $500.10 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $500.12 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.02 | | $500.14 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.02 | | $500.16 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.02 | | $500.18 |
| 03/08/2011 | (7) | Marcus A. Dortch | | 1129-000 | $100.00 | | $600.18 |
| 03/08/2011 | (7) | Marcus A. Dortch | | 1129-000 | $150.00 | | $750.18 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.03 | | $750.21 |
| 04/15/2011 | (7) | Marcus A Dortch | payment | 1129-000 | $1,250.00 | | $2,000.21 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.05 | | $2,000.26 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.08 | | $2,000.34 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.08 | | $2,000.42 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,000.42 | $0.00 |
| | | | **TOTALS:** | | $2,000.42 | $2,000.42 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $500.02 | $2,000.42 | |
| | | | **Subtotal** | | $1,500.40 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,500.40 | $0.00 | |

**For the period of 9/25/2009 to 1/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.40 |
| Total Internal/Transfer Receipts: | $500.02 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.42 |

**For the entire history of the account between 06/25/2010 to 1/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.40 |
| Total Internal/Transfer Receipts: | $500.02 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.42 |

Case 09-35712 Doc 45 Filed 02/07/12 Entered 02/07/12 20:53:08 Desc Main
Document Page 9 of 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

Exhibit 9

| Case No. | 09-35712-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DORTCH, MARCUS A. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0698 | | Money Market Acct #: | ******5712 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/25/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/25/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,000.42 | $2,000.42 | $0.00 |

| **For the period of 9/25/2009 to 1/25/2012** | | **For the entire history of the case between 09/25/2009 to 1/25/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.42 | Total Compensable Receipts: | $2,000.42 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.42 | Total Comp/Non Comp Receipts: | $2,000.42 |
| Total Internal/Transfer Receipts: | $2,500.44 | Total Internal/Transfer Receipts: | $2,500.44 |
| | | | |
| Total Compensable Disbursements: | $2,000.42 | Total Compensable Disbursements: | $2,000.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.42 | Total Comp/Non Comp Disbursements: | $2,000.42 |
| Total Internal/Transfer Disbursements: | $2,500.44 | Total Internal/Transfer Disbursements: | $2,500.44 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ